UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADON BANKS,<br><br>            Plaintiff<br><br>     v.<br><br>CHARLES DANIELS, *et al.*,<br><br>            Defendants | Case No.  3:20-cv-00648-RCJ-CLB<br><br>**ORDER** |

**I.    DISCUSSION**

On November 18, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). Plaintiff's application to proceed *in forma pauperis* is incomplete.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee.  To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Plaintiff has not submitted a Financial Certificate (page 4 of this Court's approved form) or an inmate account statement for the previous six-month period.  Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is incomplete.  The Court will grant Plaintiff a **one-time**

1    **extension** to file a fully complete application to proceed *in forma pauperis* containing all
2    three of the required documents.  Plaintiff will file a fully complete application to proceed
3    *in forma pauperis* on or before **January 22, 2021**.  Absent unusual circumstances, the
4    Court will not grant any further extensions of time.  If Plaintiff does not file a fully complete
5    application to proceed *in forma pauperis* with all three required documents on or before
6    **January 22, 2021**, this case will be subject to dismissal without prejudice for Plaintiff to
7    file a new case with the Court when Plaintiff is able to acquire all three of the documents
8    needed to file a fully complete application to proceed *in forma pauperis* or pays the full
9    $400 filing fee.

10   A dismissal without prejudice means Plaintiff does not give up the right to refile the
11   case with the Court, under a new case number, when Plaintiff has all three documents
12   needed to submit with the application to proceed *in forma pauperis*.  Alternatively, Plaintiff
13   may choose not to file an application to proceed *in forma pauperis* and instead pay the
14   full filing fee of $400 on or before **January 22, 2021** to proceed with this case.

15   The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court
16   will not file the complaint unless and until Plaintiff timely files a fully complete application
17   to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

18   **II.    CONCLUSION**

19   For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed
20   *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete
21   application to proceed *in forma pauperis* with all three documents.

22   IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the
23   approved form application to proceed *in forma pauperis* by an inmate, as well as the
24   document entitled information and instructions for filing an *in forma pauperis* application.

25   IT IS FURTHER ORDERED that on or before **January 22, 2021**, Plaintiff will either
26   pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50
27   administrative fee) or file with the Court:
28   (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **January 22, 2021**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $400 filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED: November 30, 2020

_____
UNITED STATES MAGISTRATE JUDGE